United States District Court
District of New Jersey

## LETTER-ORDER ORIGINAL FILED WITH THE CLERK OF COURT

April 16, 2009

James Madison
#28803-050/B2
FCI Edgefield
P.O. Box 725
Edgefield, SC 29824-0725

**Re:   USA v. James Madison**
**Criminal No.: 07-624 (JLL)**

Dear Mr. Madison:

In response to Defendant, James Madison's correspondence dated March 14, 2009, a conference was held with regard to this matter on today's date. Present at said conference were Assistant United States Attorney, Shana Chen and Defendant's attorney, Assistant Federal Public Defender, Donald McCauley.

Assistant United States Attorney, Shana Chen advised the Court that they are in the possession of currency and personal items which are the subject of the March 14, 2009 letter and are willing to produce same.

Defense counsel, advised the Court that by prior correspondence he advised Defendant, James Madison, that Defendant needed to provide Mr. McCauley in writing with the name and address of the person Mr. Madison authorizes to receive the currency and items in question. Defense counsel advises that no response has been received.

In light of the aforementioned, the Court hereby orders Defendant, James Madison to provide Assistant Federal Public Defender, Donald McCauley in writing with the name and address of the person Defendant authorizes to receive the currency and items in question on his behalf. Absence such notification in writing, the United States Attorney's Office will not be compelled to release said items.

**SO ORDERED**

Jose L. Linares, U.S.D.J.

cc: Shana Chen, AUSA
    Donald McCauley, AFPD