PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: MADISON, James G.                          Cr.: 07-00624-001
                                                             PACTS #: 49408

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/24/2008

Original Offense: Bank Robbery (by force or violence) - six (6) counts to run concurrently

Original Sentence: 120 months imprisonment; 3 years supervised release; $81,128 restitution; $100 special assessment

Special Conditions: 1) financial disclosure; and 2) debt accumulation monitoring

Type of Supervision: Supervised Release            Date Supervision Commenced: 04/29/2016

## PETITIONING THE COURT

☑   To modify the conditions of supervision as follows:

**RESIDENTIAL REENTRY CENTER PLACEMENT** (1 month WITHOUT weekend privileges)

You shall reside for a period of one (1) month in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall NOT be eligible for weekend privileges. You shall be excused from any subsistence obligation. You shall be eligible for approved leave to work at Hummel Machine and Tool Company. Any additional leave must be approved in advance by the Probation Office.

## CAUSE

An internal investigation uncovered that Madison shoplifted items totaling approximately $40 from QuickChek located in Harrison, New Jersey on/about October 16, 2016.

                                        Respectfully submitted,

                                        By: Joseph Empirio
                                            Senior U.S. Probation Officer

                                        *Joseph Empirio*   Joseph Empirio
                                                           2016.12.07 16:00:25
                                                           -05'00'

                                        Date: 12/07/2016

Prob 12B – page 2
MADISON, James G.

THE COURT ORDERS:

☑ The Modification of Conditions as Noted Above *(Probation recommended)*

☐ No Action

☐ Other

_____
Signature of Judicial Officer

12/12/16
_____
Date