PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: MADISON, James G.              Cr.: 07-00624-001
                                                  PACTS #: 49408

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                       CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/24/2008

Original Offense:   Bank Robbery (by force or violence) - six (6) counts to run concurrently

Original Sentence: 120 months imprisonment; 3 years supervised release; $81,128 restitution; $100 special assessment

Special Conditions: 1) financial disclosure; and 2) debt accumulation monitoring

Type of Supervision: Supervised Release              Date Supervision Commenced: 04/29/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failed to satisfy the restitution obligation. |

**U.S. Probation Officer Action:** The Probation Office recommends the case expire as scheduled since the restitution order remains imposed as a final judgement and the Financial Litigation Unit of the United States Attorney's Office will continue to pursue collection.

Respectfully submitted,

By: Joseph Empirio
    Senior U.S. Probation Officer

*Joseph Empirio/jj*

Date: 04/17/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time and Case to Expire as Scheduled *(recommended by the Probation Office)*

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

4-17-19
_____
Date